William Louis Parr
Po Box 455
Kimberly, Idaho 83341-0455
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

WILLIAM LOUIS PARR,　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)
V.　　　　　　　　　　　　　　　　　)　　Case No. _____
　　　　　　　　　　　　　　　　　　)
BOARD OF TRUSTEES FOR THE )　　APPLICATION FOR IN FORMA
TWIN FALLS PUBLIC LIBRARY, )　　PAUPERIS STATUS
　　　　　Defendants.　　　　　　　)

　　　　By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted, my fee will not be waived, but I will be responsible to pay the fee, when and as I am able to do so.

　　　　1. I am not employed at the present time. I have received loans and gifts of funds for needs since I have not been reinstated for Supplemental Security Income (SSI) and am not receiving any daily income, only upon requests for loan assistances from friends and family. The maximum amounts of gifts that I got was $75.00 in the past 3 months (I have not received any funds during the final 2 months of incarceration and for the months of April 23rd to present day I have received a maximum of $75 dollars cash from friends and family, and $106.00 food stamps which is not redeemable for cash value from the Idaho Department of Health and Welfare).

　　　　2. I have a Wells Fargo bank account which I will attach to this application. I own no real estate, no stocks, no bonds of any sorts for investment purposes.

　　　　3. Those are the persons depending on me for support:

　　　　A. Freda Travis, "Foster Mother," needs support of funds from me once my SSI is reinstated.

　　　　B. Earl Johnson, Friend, for the same reason as #1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　William L. Parr, Plaintiff/Petitioner

APPLICATION FOR IN FORMA PAUPERIS STATUS -1

Dockets.Justia.com