William Louis Parr
Po Box 455
Kimberly, Idaho 83341-0455
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

WILLIAM LOUIS PARR,           )
     Plaintiff,              )   Case No. _____
V.                            )
                              )
                              )   CIVIL RIGHTS COMPLAINT
BOARD OF TRUSTEES FOR THE     )
TWIN FALLS PUBLIC LIBRARY,    )
     Defendants.             )

### A. PARTIES

1. **William Louis Parr** is a citizen of Idaho, currently residing at Po Box 455; Kimberly, Idaho 83341-0455. He is the plaintiff in this complaint.

2. **Board of Trustees for the Twin Falls Public Library** is located at 201 4th Avenue E., Twin Falls, Idaho 83301. At the time the allegation(s) arose, those defendants were acting under the color of state laws while the library was open during the business hours.

### B. JURISDICTION

I invoke the jurisdiction pursuant to 42 U.S. §1983.

### C. FACTS

I went to the library in hopes of drafting court papers using one of its computers available to the public. I was denied access due to outstanding fines and a file saying that I needed to provide a letter from probation officer saying that I can access the Internet. I already showed them the letter saying that I was discharged from prison yet they refused to accept that. I said I needed only a computer to draft court documents to make pleadings, and advised them that they were violating the First Amendment rights in denying me access to computer(s) to draft court documents, those computers that does not even have Internet access. I filed a complaint with the Board of Trustees and received back the decision remaining the same. I asked whether or not there were any grievance procedures to follow, and one of the employees said that there were none, so therefore, by getting the letter denying access to the computers by the board is deemed to have exhausted all of remedies. If there should be any that remains, it is the defendants' responsibility to show to the plaintiff and the court whether there is still a remedy available for the plaintiff to pursue prior to pursuing this matter in this court.

**CIVIL RIGHTS COMPLAINT - 1**

## D. ALLEGATIONS

I allege that the following constitutional rights has been violated:
1. First Amendment in denying access to computers to write/draft court/legal papers for pleadings, letters to defendants, and etc. for current and pending court cases (which I have about 4 active cases pending, one in Twin Falls Co. Courthouse and others in this same court).

## E. PRAYER FOR RELIEF

While it is very fortunate that I have found another library who allowed full access to its computers and I have not suffered any injury, I am requesting for only an injunctive that the Trustees of the Library provide anyone requesting access to computers for legal issues after verifying that those legal issues are pending and is legitimate, regardless of their past dues, should there be any, to ensure that those people requesting access to computers for such reasons will not be forbidden access to computers just for overdue/outstanding dues.

I also request reimburses for drafting papers, copies, postage, and my time in enforcing the 1st Amendment rights which this place, the Library, and its board, has denied me, for this case.

I request that the Library and its board, upon a judgment against them, if one should be entered against them, make a new policy known to the public of the public's rights to access to computers for PENDING/LEGITIMATE legal issues, pending verification to avoid any falsifications of any sorts to use computers for other reasons not related to legal issues.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746; 18 U.S.C. § 1621, **WILLIAM LOUIS PARR**, deposes and states under penalty of perjury that he is the Plaintiff in the above complaint and that all statements in this **CIVIL RIGHTS COMPLAINT** are true and correct to the best of his knowledge and belief.

Dated this 21st day of May, 2006.

William L. Parr, Plaintiff

CIVIL RIGHTS COMPLAINT - 2