Parr v. Board of Trustees for the Twin Falls Public Library
Case 1:06-cv-00204-BLW  Document 8  Filed 09/27/2006  Page 1 of 1
Doc. 8

William L. Parr
343 2nd Ave N. #12
Twin Falls, Idaho 83301

CV 06-66-S-BLW
06-204-S-MHW
06-209-S-LMB

TO: Clerk of the Court
DATE: September 26, 2006

Dear Clerk,

    Please change the address on all current cases that I have. I am not able to draft the court papers due to resources difficults.

    Thanks.

    Sincerely,


William L. Parr