IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WILLIAM LOUIS PARR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV06-204-S-MHW |
| | ) | |
| vs. | ) | **ORDER OF REASSIGNMENT** |
| | ) | |
| BOARD OF TRUSTEES FOR THE | ) | |
| TWIN FALLS PUBLIC LIBRARY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court previously entered an Order concluding that Plaintiff's Complaint was subject to summary dismissal for failure to state a claim upon which relief can be granted and allowing Plaintiff to file a notice of voluntary dismissal. Plaintiff has filed nothing further in this case. It appears that Plaintiff is no longer interested in pursuing this case. As a result, the Court will reassign this case to a United States District Court Judge to consider dismissal.

**ORDER OF REASSIGNMENT    1**

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that this case is reassigned to the

Honorable B. Lynn Winmill for all further proceedings.  Any further pleadings or papers

filed in this case shall be filed under the new case number, CV06-204-S-BLW.

DATED:  **October 16, 2006**



_____

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER OF REASSIGNMENT    2**