IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM LOUIS PARR, ) | |
| ) | |
| Plaintiff, ) | Case No. CV-06-204-S-BLW |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOARD OF TRUSTEES FOR THE ) | |
| TWIN FALLS PUBLIC LIBRARY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This case was reassigned to this Court to consider whether Plaintiff's Complaint is subject to summary dismissal under 28 U.S.C. §§ 1915(e)(2). Having reviewed the record, and otherwise being fully informed, the Court enters the following Order.

## REVIEW OF COMPLAINT

### A. Standard of Law

The Court is required to review in forma pauperis complaints seeking relief against a governmental entity or an officer or employee of a governmental entity to determine whether summary dismissal is appropriate. 28 U.S.C. § 1915. The Court must dismiss a complaint or any portion thereof which states a claim that is frivolous or malicious, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

**ORDER  1**

**B.  Discussion**

Plaintiff brings an access to the courts claim under the First Amendment.  He alleges that the Twin Falls Public Library denied him access to the courts by failing to allow him to use their computer systems to prepare pleadings and papers for his litigation.  Plaintiff admits he has suffered no injury.

Injury is an essential element of an access to the courts claim.  *Lewis v. Casey*, 518 U.S. 343 (1996).  Plaintiff has failed to state a claim upon which relief can be granted.  Therefore, his case is subject to dismissal.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed for failure to state a claim upon which relief can be granted.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion to Proceed in Forma Pauperis (Docket No. 1) is MOOT.



DATED:  **November 3, 2006**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER  2**