IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM LOUIS PARR, ) | |
| ) | |
| Plaintiff, ) | Case No. CV-06-204-S-BLW |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| BOARD OF TRUSTEES FOR THE ) | |
| TWIN FALLS PUBLIC LIBRARY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On November 2, 2006, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED in its entirety.

DATED: **November 3, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -1**